AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SEALED**

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 3:20-mj- 00226 |
| | ) | |
| Hugo Ryan Berteau-Pavy | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 13, 2020_____ in the county of _____Multnomah_____ in the

District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder - Intentionally Obstructing, Impeding, Interfering with Law Enforcement Officers Engaged in Official Duties |

This criminal complaint is based on these facts:

    See attached affidavit of FBI Special Agent Dominic Sanchez

☑ Continued on the attached sheet.

_____
/s/ Dominic Sanchez
*Complainant's signature*

FBI Special Agent Dominic Sanchez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at _5:32_ a.m./~~p.m.~~

Date: _____September 1, 2020_____

_____
*Judge's signature*

City and state: _____Portland, Oregon_____     Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*